**Order filed February 4, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00875-CR

———————

## IN RE BENJAMIN OSHEA CALHOUN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Criminal Court at Law No. 16**
**Harris County, Texas**
**Trial Court Cause No. 2274904**

---

## ORDER

Relator Benjamin Oshea Calhoun filed a petition for writ of mandamus in this court. Relator asked this court to compel the Honorable Tanya Jones, presiding judge of Harris County Criminal Court at Law No. 15 to take certain actions in connection with the case below in trial court cause number 2274904, styled *The State of Texas v. Benjamin Oshea Calhoun*. Judge Jones recused herself from cause number 2274904.

On December 19, 2019, this court abated the original proceeding concerning trial court cause number 2274904, styled *The State of Texas v. Benjamin Oshea Calhoun*, to permit the Honorable Darrell Jordan, presiding judge of County Criminal Court at Law No. 16, to reconsider the decisions regarding relator's

requests for relief.  *See* Tex. R. App. P. 7.2(b); *In re Blevins*, 480 S.W.3d 542, 544 (Tex. 2013) (orig. proceeding) (per curiam) (holding that when judge, who signed challenged order has recused from case, court of appeals may abate original proceeding to allow new judge to consider challenged order).  We directed Judge Jordan to provide this court with signed orders reflecting his rulings regarding relator's requests for relief.  We received no response from Judge Jordan.

It has come to the court's attention that, on December 10, 2019, the trial court dismissed the criminal cause against relator in cause number 2274904, styled *The State of Texas v. Benjamin Oshea Calhoun*.

The Harris County District Clerk is directed to file a clerk's record with this court on or before **February 14, 2020**, containing the motion to dismiss with the signed order dismissing the case filed on December 10, 2019.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.